UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-40563 |
| | § | |
| ABDUL NOORANI | § | Chapter 11 |
| | § | |
| DEBTOR | § | Hearing: October 23, 2018 at 1:30 p.m. |

## TEXAS LOTTERY COMMISSION'S
## LISTS OF WITNESSES AND EXHIBITS

Pursuant to Local Bankruptcy Rule 9014-1(d)(2), the Texas Lottery Commission (the "Commission"), through the Texas Attorney General's office, submits the below lists of witnesses and exhibits for the October 23, 2018, 1:30 p.m. hearing on Debtor's Motion to Vacate Dismissal and Reinstate Case [Docket No. 61].

## WITNESSES

1. Any witness identified or called to testify by any other party; and
2. Any rebuttal witnesses.

## EXHIBITS OF THE TEXAS LOTTERY COMMISSION

| Exhibit | Description of Exhibit [Docket Number] | Offered | Objection | Admitted |
|---|---|---|---|---|
| A | Agreement for Use of Cash Collateral between the Texas Lottery Commission and Debtor [29-1] | | | |
| B | Agreed Order Granting in Part the United States Trustee's Motion to Dismiss [40] | | | |
| C | Order Dismissing Case [42] | | | |
| D | Motion to Vacate Dismissal and Reinstate Case [44] | | | |

| | | | | |
|---|---|---|---|---|
| E | Texas Lottery Commission's Comment to Debtor's Motion to Vacate Dismissal Order and Reinstate Case [49] | | | |
| F | Order on Motion to Vacate Dismissal and Reinstate Case [55] | | | |
| G | Freeze Releases [n/a] | | | |
| H | Deficiency Notice [n/a] | | | |
| I | Texas Lottery Commission's Certificate of Non-Compliance with Order of the Court [57] | | | |
| J | United States Postal Service Priority Express Mail Address Label [n/a] | | | |
| | Any exhibits offered by any other party. | | | |
| | Any rebuttal exhibits. | | | |

The Commission reserves the right to amend or supplement the foregoing witness and exhibit lists prior to the October 23, 2018 hearing.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        BRANTLEY STARR
        Deputy First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Kimberly A. Walsh*
        KIMBERLY A. WALSH
        Texas State Bar No. 24039230
        Assistant Attorney General
        Bankruptcy & Collections Division MC 008
        P. O. Box 12548
        Austin, TX 78711-2548
        Telephone: (512) 475-4863
        Facsimile: (512) 936-1409
        kimberly.walsh@oag.texas.gov

        ATTORNEYS FOR THE TEXAS
        LOTTERY COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that on October 8, 2018, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Abdul Noorani
2000 Lake Moss Lane
Little Elm, TX 75068

By Electronic Means as listed on the Court's ECF Noticing System:

- Teshida LeDay
  PO Box 1269
  Round Rock, TX 78680
  kmorriss@mvbalaw.com;ccain@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com

- Eric A. Liepins
  12770 Coit Road, Ste. 1100
  Dallas, TX 75251 1329
  eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com

- Christopher J. Moser
  Quilling Selander Lownds Winslett Moser
  2001 Bryan Street, Ste. 1800
  Dallas, TX 75201 3070
  cmoser@qslwm.com, cprice@qslwm.com;kimhill@qslwm.com;kwoodard@qslwm.com

- Timothy W. O'Neal
  Office of the U.S. Trustee
  110 N. College Ave., Ste. 300
  Tyler, TX 75702 7231
  Timothy.W.O'Neal@USDOJ.GOV, USTPRegion06.TY.ECF@USDOJ.GOV

- Marcus Salitore
  US Trustee Office
  110 N. College Ave., Ste. 300
  Tyler, TX 75702 7231
  marc.f.salitore@usdoj.gov

- Diane W. Sanders
  Linebarger Goggan Blair & Sampson, LLP
  PO Box 17428
  Austin, TX 78760 7428
  austin.bankruptcy@publicans.com

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH