ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| ABDUL NOORANI | § | Case no.18-40563-11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

WITNESS AND EXHIBIT LIST FOR HEARING ON CONFIRMATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Adbul Noorani, Debtor in the above styled and numbered cause, and files this his Witness and Exhibit List for Hearing on Confirmation and in support thereof would respectfully show unto the Court as follows:

Witnesses

1. Karim Norrani

2. Abdul Noorani

3. Any witnesses designated by any other party

Exhibits

    A.    Amended Plan

    B.    Disclosure Statement

    C.    Ballots

    D.    Proof of Service

    E.    October Operating Report

    F.    Any Exhibit designated by any other party.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins
      ERIC A. LIEPINS, SBN 12338110


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors and the United States Trustee on this the 13th day of December  2018.

  /s/ Eric Liepins
Eric A. Liepins